**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Mario GOMEZ–GARZA, Defendant–**
**Appellant.**

No. 99–50622.

D.C. No. CR 98–1307–GHK.

United States Court of Appeals,
Ninth Circuit.

Submitted July 9, 2001.*

Decided July 19, 2001.

Before KOZINSKI, T.G. NELSON and TALLMAN, Circuit Judges.

MEMORANDUM **

Mario Gomez–Garza appeals his conviction, pursuant to a guilty plea, and sentence for being an illegal alien found in the United States in violation of 8 U.S.C. § 1326.

Gomez–Garza's attorney has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and has moved to withdraw as counsel of record. Gomez–Garza did not file a pro se supplemental brief. Having conducted an independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we conclude that there are no arguable appellate issues. Counsel's motion to withdraw is

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

GRANTED and the district court's judgment is AFFIRMED.[1]

1. Appellant's motion to amend his opening brief by substituting one page is granted. Appellant's request to dismiss the appeal, as moot, is denied.

